**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| SHONTA CHARI WILLIAMS BARRE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. EDCV 18-00684-AS <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: February 27, 2019.

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE